JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DIAZ, an individual, | CASE NO.: 8:19-CV-00257-DOC-ADS |
| Plaintiff, | **ORDER GRANTING STIPULATION TO REMAND ACTION [21]** |
| vs. | |
| USA 3M, a business entity; 3M COMPANY, a corporation; and DOES 1 through 20 inclusive, | |

-1-

# ORDER

Based on the foregoing stipulation and request of the Parties, the matter of *Jennifer Diaz v. USA 3M, et al.*, Case No. 8:19-CV-00257-DOC-ADS, is hereby remanded to Orange County Superior Court with each Party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: __March 28, 2019__                    *David O. Carter*
                                             Hon. David O. Carter
                                             United States District Court Judge

**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**